UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**
November 17, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: MC
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO. 6:26-CR-00215 |
| | * | |
| (1) HEIDI BRADY | * | |
| (2) RAYMOND AUDIE DAVIS | * | |

<u>MOTION TO UNSEAL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Texas, and moves this Honorable Court for an order that the Indictment filed on October 13, 2026, and entered in this cause as to (1) HEIDI BRADY and (2) RAYMOND AUDIE DAVIS, together with all related papers and this motion, be unsealed.

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

/s/ *Mark L. Frazier*

By: MARK L. FRAZIER
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX 76701
(254) 750-1580