UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**
November 17, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: MC
DEPUTY

UNITED STATES OF AMERICA *
*
V. * CRIMINAL NO. 6:26-CR-00215
*
(1) HEIDI BRADY *
(2) RAYMOND AUDIE DAVIS *

ORDER TO UNSEAL

The Government having moved to unseal the Indictment entered in the above entitled cause as to (1) HEIDI BRADY and (2) RAYMOND AUDIE DAVIS, and all related papers filed in this case, and the Court finding said motion meritorious;

IT IS HEREBY ORDERED that the Indictment in the above referenced cause, and related papers including the motion and this order, be unsealed.

SIGNED this 17 day of November, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE